THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jimmy
 Culpepper, Jr., Appellant.
 
 
 

Appeal From York County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2010-UP-428
Submitted October 1, 2010  Filed October
 11, 2010
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Jimmy
 Culpepper, Jr. appeals his community supervision revocation, arguing the
 revocation hearing was so summary that his revocation should be reversed.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
FEW, C.J., HUFF and GEATHERS, JJ., concur. 

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.